NO. 07-05-0318-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 4, 2006
_____

JOHN JOSEPH ARCHULETA, JR.,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE COUNTY COURT AT LAW OF MOORE COUNTY;

NO. 19767; HON. DELWIN McGEE, PRESIDING
_____

***ON MOTION TO DISMISS***

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant John Joseph Archuleta, Jr., by and through his attorney, has filed a motion to dismiss this appeal because he no longer desires to prosecute it. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn
Chief Justice

Do not publish.